# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 18CR1245-WQH |
|---|---|
| Plaintiff, | ) **JUDGMENT AND ORDER TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | ) |
| EVELIA MENDOZA, | ) |
| Defendant. | ) |

Upon motion by the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-referenced case is dismissed without prejudice.

Dated: June 22, 2018

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court